Case 1:20-mr-00077-LJV   Document 3-1   Filed 03/06/20   Page 1 of 1

**Your services**

Received: ☐ Monday, November 11, 2019 8:09 AM

From: Tony T tony.traveller@protonmail.com

To: XXXXXXXXX@protonmail.com XXXXXXXXXX@protonmail.com

I am a US citizen, currently in the USA, having returned from SE Asia some months ago. I have a USA passport that will expire in one week.

My current passport is blocked by the tax authorities (IRS) from being renewed. It is my desire to return to my "wife" and family in SE Asia. To this end there are several alternatives I have considered. I am not sure if you are able to help with any of them, but I hope so. Please let me know in your response.

1. Obtain (from you?) a new passport in my real name for travel to SE Asia and be my identity document there. This is simplest from the standpoint of reestablishing my work contacts, etc., but perhaps carries a risk of my having traveled while being listed by IRS as "dont renew" for passport.
2. Obtain (from you?) a passport under my real name but from a different country. I am of Italian decent and almost qualify for a real Italian Passport. It would be credible in SE Asia that I may have gotten such a second passport.
3. Obtain a passport under a different name for travel. Either keep the new identity in SE Asia (inconvenient, but possible) or also get a new USA Passport for entry (but not for travel). [Complicated, more expensive, may involve new risks in exchange for the travel risk.]

Thoughts? Can you help me? -- BTW, found you on EMPIRE.

Sent with ProtonMail Secure Email.